In the Matter of the Application of the MAYOR AND COMMON COUNCIL OF THE CITY OF BROOKLYN, to open Summit Street, from Smith Street to Hamilton Avenue, in the city of Brooklyn.

*The decision of two commissioners (to open streets, &c.,) where all are present and acting, is the decision of all; but two cannot do any valid act in the absence of the third, such as signing a report, &c.*

*February Special Term,* 1847.—Mr. N. F. Waring, on behalf of the Mayor and Common Council of the city of Brooklyn, moved for the confirmation of the final report of the Commissioners of Estimate and Assessment in this matter.

Mr. J. M. Van Cott, as counsel for Conklin, Brush and others, appellants, opposed the motion, on the ground that the paper purporting to be such final report was signed by only *two* of the commissioners, and on its face appeared to be their decision, without the concurrence or presence of the third commissioner; and that although, at a meeting of all the commissioners, where all took part in making a decision, the judgment of two of them was in contemplation of law the judgment of all, no valid decision could be made in the *absence* of any one of them, and that such report was, consequently, a mere nullity.

BEARDSLEY, Justice.—The objection is clearly fatal. The decision of two commissioners, where all are present and acting, is the decision of all; but two cannot do any valid act in the absence of the other. The motion to confirm is denied on the ground that no final report has been made by the commissioners.